1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    RUTH TEXIN CRUZ,                                No. C 13-03421 CRB

10            Plaintiff,                             **ORDER OF DISMISSAL**

11       v.

12   LANG, RICHERT AND PATCH, a professional
     corporation, and MATTHEW W. QUALL,
13   MANUEL E. IGNACIO and  WILLIAM G.
     BUTTRY, individuals,
14
             Defendants.
15   _____/

16

17        The parties hereto, by their counsel, having advised the Court that they have agreed to a

18   settlement of this case,

19        IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,

20   however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of

21   service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has

22   not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be

23   restored to the calendar to be set for trial.

24

25   Dated:   November 18, 2013              _____

26                                            CHARLES  R. BREYER
                                              UNITED STATES DISTRICT JUDGE
27

28

**United States District Court**
For the Northern District of California